# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIQUE THOMPSON,<br><br>        Plaintiff,<br><br>  v.<br><br>BIG LOTS, et al.,<br>        Defendants. | Case No.: 1:16-cv-01464 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 18) |

On June 19, 2017, the plaintiff notified the Court that the parties "have reached a settlement" of the action and are in the process of finalizing the settlement agreement. (Doc. 18) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action SHALL be filed no later than July 14, 2017;
2. All pending dates, conferences and hearings are VACATED.

The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.

IT IS SO ORDERED.

Dated: **June 22, 2017**          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE