UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIQUE THOMPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>BIG LOTS STORES, INC.,<br><br>          Defendant. | Case No.: 1:16-cv-01464- LJO-JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION BASED UPON THE PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(Doc. 20) |

On June 12, 2017, Junique Thompson and Defendant Big Lots Stores, Inc. filed a stipulation to dismiss the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 20), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**July 14, 2017**__          __/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE